BOWEN v. DENTON et al.

(Circuit Court of Appeals, Fifth Circuit. January 25, 1898.)

No. 615.

FOLLOWING STATE DECISIONS.

In Error to the Circuit Court of the United States for the Northern District of Texas.

John L. Henry and De Edward Greer, for plaintiff in error.
Eugene Williams, for defendants in error.

Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The rulings attacked by the assignment of errors in this case seem to be in accordance with the decisions of the appellate courts of the state of Texas. See Robb v. Henry, 40 S. W. 1047; Bowen v. Kirkland (not yet officially reported) 44 S. W. 189. As the decisions of the highest courts of a state on the scope and effect of the state statutes of limitation controlling the possession and title of real estate are rules of property, we are disposed to follow, and not lead, in the decisions of new questions arising under the statutes of limitation of the state of Texas; and, as the judgment below seems to do substantial justice, the same is affirmed.

———

BRATTON v. PEOPLE'S BUILDING & LOAN ASS'N. (Circuit Court of Appeals, Fifth Circuit. January 25, 1898.) No. 624. Appeal from the Circuit Court of the United States for the Northern District of Texas. James M. Robertson, for appellant. Drew Pruit, for appellee. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. The questions presented on this appeal have been ruled adversely to the appellant in this court and in the supreme court of the United States. Association v. Logan, 30 U. S. App. 163, 14 C. C. A. 133, and 66 Fed. 827; Association v. Price (decided in the supreme court of the United States Jan. 10, 1898; not yet officially reported) 18 Sup. Ct. 251. The decree appealed from is affirmed.

———

CITY OF BURRTON, KAN., v. ÆTNA LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. December 13, 1897.) No. 918. In Error to the Circuit Court of the United States for the District of Kansas. Samuel R. Peters and John C. Nicholson, for plaintiff in error. W. H. Rossington, Charles Blood Smith, and E. J. Dallas, for defendant in error. Dismissed, with costs, pursuant to the stipulation of the parties. See 75 Fed. 962.

———

CITY OF COLUMBUS v. DENNISON. (Circuit Court of Appeals, Fifth Circuit. January 17, 1898.) No. 450. In Error to the Circuit Court of the United States for the Northern District of Mississippi. Dismissed, for failure to print record. See 62 Fed. 775; 16 C. C. A. 125, 69 Fed. 58.

———

CITY OF DENVER v. BARBER ASPHALT PAVING CO. (Circuit Court of Appeals, Eighth Circuit.) No. 902. In Error to the Circuit Court of the United States for the District of Colorado. Application to the supreme court for a writ of certiorari. See 83 Fed. 1020.